# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**HORVATH TOWERS III, LLC,** :

    **Plaintiff** :

                           **CIVIL ACTION NO. 3:16-0029**

    **v.** :

                            **(JUDGE MANNION)**

**ZONING HEARING BOARD OF** :
**BUTLER TOWNSHIP,**

        :

    **Defendant.**

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion for summary judgment, (Doc. 14), is **GRANTED**;

2. Plaintiff's cross-motion for summary judgment, (Doc. 19), is **DENIED**;

3. Judgment is hereby entered in favor of the defendant and against the plaintiff; and

4. The Clerk of Court is directed to close this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: March 29, 2017**